[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

Nos. 00-2480
    01-1218

ANINA RASTEN,

Plaintiff, Appellant,

v.

TOWN OF BROOKLINE, ET AL.,

Defendants, Appellees.

APPEALS FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Morris E. Lasker, Senior U.S. District Judge]

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

Anina Rasten on brief pro se.
George F. Driscoll, Jr., Office of Town Counsel, on brief for appellees.

DECEMBER 4, 2001

**Per Curiam**.  After due consideration of record and briefs on appeal, we affirm for substantially the reasons given by the district court.

Affirmed.  Loc. R. 27(c).